# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TERRA LEE BRANDY RUNNING CRANE, <br><br> Defendant. | CR-12-23-GF-BMM <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 31, 2019. (Doc. 105.) The Defendant waived the 14 day objection period and the right to allocute before the undersigned at the revocation hearing held July 31, 2019. (Doc 101.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 31, 2019. (Doc. 101.) The United States accused Ms. Running Crane (Running Crane) of violating

her conditions of supervised release by: 1) committing another crime; and 2) consuming alcohol. (Doc. 105 at 2.) Running Crane admitted to all of the allegations. (Doc. 101.) Judge Johnston found that Running Crane's violations warrant revocation, and recommended a sentence of six months in custody at the Bureau of Prison's Facility in SeaTac, Washington, with no supervised release to follow. (Doc. 105 at 4.)

These violations prove serious and warrant revocation of Running Crane's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 105) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Terra Lee Brandy Running Crane be sentenced to custody for six months at the Bureau of Prison's Facility in SeaTac, Washington, with no supervised release to follow.

DATED this 13th day of August, 2018.

_____
Brian Morris
United States District Court Judge